United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMONTE E. COOK,<br><br>            Petitioner,<br><br>        v.<br><br>TAMMY FOSS,<br><br>            Respondent. | Case No. 20-cv-01119-HSG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 13 |

Petitioner, a state prisoner incarcerated at Salinas Valley State Prison, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging a conviction from Contra Costa County Superior Court. Dkt. No. 1 at 1. Respondent has filed a motion to dismiss the petition as procedurally defaulted. Dkt. No. 12. Petitioner has requested a 90-day extension of time to file his opposition. Dkt. No. 13. The Court GRANTS IN PART the request for an extension of time. The Court will grant an extension of time to September 11, 2020. Petitioner shall file his opposition by September 11, 2020. Respondent shall file with the Court and serve on petitioner a reply within **fourteen (14) days** of the date any opposition is filed.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 7/9/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge