UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMONTE E. COOK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAMMY FOSS,<br><br>　　　　　Defendant. | Case No. 20-cv-01119-HSG<br><br>**ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Re: Dkt. No. 15 |

Good cause being shown, plaintiff's second request for an extension of time to file his opposition to the motion to dismiss is GRANTED. Dkt. No. 15. Plaintiff shall file his opposition by October 26, 2020. Respondent shall file with the Court and serve on petitioner a reply within fourteen (14) days of the date any opposition is filed.

This order terminates Dkt. No. 15.

**IT IS SO ORDERED.**

Dated: 8/27/2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge