UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMONTE E. COOK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>TAMMY FOSS,<br><br>　　　　Respondent. | Case No. 20-cv-01119-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>Re: Dkt. No. 27 |

Good cause being shown, Petitioner's request for an extension of time to file his traverse is GRANTED. Dkt. No. 27. Petitioner shall file his traverse by June 22, 2021.

This order terminates Dkt. No. 27.

**IT IS SO ORDERED.**

Dated: April 27, 2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge