UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMONTE E. COOK,<br>            Plaintiff,<br>    v.<br>TAMMY FOSS,<br>            Defendant. | Case No.  20-cv-01119-HSG<br>**JUDGMENT** |

For the reasons set forth in the Court's Order Denying Petition for a Writ of Habeas Corpus, the petition for a writ of habeas corpus is DENIED.  The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/12/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge